UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM LUTZ,

    Petitioner,     Case No. 4:20-cv-13095
                                                       Hon. Matthew F. Leitman

v.

S.L. BURT,

    Respondent.

_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                          KINIKIA ESSIX
                                                          CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                       Dated:  December 20, 2022
United States District Judge                 Detroit, Michigan